

# Notice of Service of Process

**null / ALL**
**Transmittal Number: 23293953**
**Date Processed: 06/03/2021**

| | |
|---|---|
| **Primary Contact:** | Service of Process<br>MGM Resorts International<br>6385 S Rainbow Blvd<br>Ste 500<br>Las Vegas, NV 89118-3201 |
| **Electronic copy provided to:** | Tina Goddard<br>Kelly Kichline<br>Yvette Jauregui<br>Kathleen Tinnerello |
| **Entity:** | MGM National Harbor, LLC<br>Entity ID Number  3165335 |
| **Entity Served:** | Mgm National Harbor LLC |
| **Title of Action:** | Anthony Nguyen vs. MGM National Hareor, LLC |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Prince George's County Circuit Court, MD |
| **Case/Reference No:** | CAL21-04192 |
| **Jurisdiction Served:** | Maryland |
| **Date Served on CSC:** | 06/03/2021 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| **Sender Information:** | Adam B. Katzen<br>202-261-3597 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com



Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Case No.: CAL21-04192

Other Reference No.(s): .....................................

Child Support Enforcement Number: .....................................

Date issued: April 20, 2021

To: MGM National Harbor LLC
Serve CSC Lawyers Inc Service
7 St Paul St Suite 820
Baltimore, MD 21202

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by;

ANTHONY NGUYEN
24283 PURPLE FINCH DRIVE
ALDIE VA 20105

This summons is effective for service only if served within 60 days after the date it is issued.

_____
Clerk of the Circuit Court # 416

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.

4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

CC-CV-032 (Rev. 01/2019)      Page 1 of 40      CAL21-04192

# SHERIFF'S RETURN

Circuit Court for <u>Prince George's County</u>

To: _____

Sheriff fee: _____ By: _____

Served: _____

Time: _____ Date: _____

Unserved (Reason): _____

With the following:

- ☐ Summons
- ☐ Complaint
- ☐ Motions
- ☐ Petition and Show Cause Order

- ☐ Counter Complaint
- ☐ Domestic Case Information Report
- ☐ Financial Statement
- ☐ Other: _____
  **(please specify)**

Was unable to serve because:

- ☐ Moved; left no forwarding address
- ☐ Address not in Jurisdiction

- ☐ No such address
- ☐ Other: _____
  **(please specify)**

Sheriff Fee: $ _____    ☐ Waived by: _____

_____
**(Serving Sheriff's Signature & Date)**

Instructions to Private Process:

1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.

2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.

4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

IN THE CIRCUIT COURT OF MARYLAND
FOR PRINCE GEORGE'S COUNTY

ANTHONY NGUYEN
24283 Purple Finch Drive
Aldie, Virginia 20105

CHAYA NGUYEN
24283 Purple Finch Drive
Aldie, Virginia 20105

        Plaintiffs

v.

MGM NATIONAL HARBOR, LLC

CASE NO.:

CAL21-04192

Serve: Resident Agent:
CSC-LAWYERS INCORPORATING SERVICE COMPAN
7 ST. PAUL STREET
SUITE 820
BALTIMORE MD 21202

        Defendant

## COMPLAINT

Come now, the Plaintiffs, **Anthony Nguyen** and **Chaya Nguyen**, by and through their Attorney, Adam B. Katzen, Esquire, brings forth this Complaint to sue **MGM National Harbor, LLC**, Defendant, and states as follows:

1. That at all times hereinafter mentioned, the Plaintiffs were business invitees on the property owned and maintained by Defendant located in Oxon Hill, Prince George's County, Maryland, and thus venue is proper.

2. That at all times hereinafter mentioned the Defendant was a Nevada corporation doing business in Prince George's County, Maryland.

1

3. That upon information and belief, Defendant, at all relevant times, owned and/or managed the property known as "MGM National Harbor Casino".

4. That upon information and belief, Defendant had a duty to properly maintain the property and ensure that all business invitees such as the Plaintiffs on the property were safe and secure.

5. That on or about April 14, 2018 at approximately 1:00 pm Plaintiff's arrived at Defendant's property to deliver flowers for a wedding that was to take place later that evening. That upon arrival on Defendant's property, they were violently assaulted by an unknown assailant and suffered severe personal injuries.

6. The Defendants owed a duty of ordinary care to the Plaintiffs to maintain a safe and secure environment and negligently failed to do so and as a result this unknown assailant, who had previously assault another guest on the same property, violently attacked the Plaintiffs.

7. That prior to the aforesaid assault by the aforesaid unknown assailant, the same aforesaid unknown assailant violently attacked another individual on the Defendant's aforesaid property.

8. That as a result of Defendant's negligence, the Plaintiffs suffered severe and permanent injuries, incurred and continue to incur medical expenses, lost time and profits from their businesses and/or employments, and were otherwise damaged and injured.

9. The Plaintiffs were in no way contributory negligent and did not assume risk that they would be assaulted on Defendant's property.

**WHEREFORE**, the Plaintiff, Anthony Nguyen, hereby demands judgment against the Defendant, MGM National Harbor, LLC in excess of Seventy-Five Thousand Dollars plus costs and expenses of this action.

**WHEREFORE**, the Plaintiff, Chaya Nguyen, hereby demands judgment against the Defendant, MGM National Harbor, LLC in excess of Seventy-Five Thousand Dollars plus costs and expenses of this action.

Respectfully submitted,

_____
Adam B. Katzen, Esquire
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
(202) 261-3597
Counsel for Plaintiffs


**I HEREBY SWEAR AND AFFIRM THAT I AM A MEMBER IN GOOD STANDING OF THE MARYLAND BAR**

_____
ADAM B. KATZEN, ESQUIRE

3

The Katzen Law Firm
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036



CERTIFIED MAIL™

7012 1640 0000 7727 0514



U.S. POSTAGE
$7.20
FCM LETTER
20016 0000
Date of sale
05/29/21
06  2S SK
11488353

CSC Lawyers Inc. Service
7 St. Paul Street
Suite 820
Baltimore, MD 21202

21202-168120