IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANTHONY NGUYEN, et al.

    **Plaintiffs**

v.            CASE NO.: 8:21-CV-01602-GLS

MGM NATIONAL HARBOR, LLC

    **Defendant**

## AMENDED COMPLAINT

Come now, the Plaintiffs, **Anthony Nguyen** and **Chaya Nguyen**, by and through their Attorney, Adam B. Katzen, Esquire, brings forth this Amended Complaint to sue **MGM National Harbor, LLC**, Defendant, and states as follows:

1. That at all times hereinafter mentioned, the Plaintiffs were business invitees on the property owned and maintained by Defendant located in Oxon Hill, Prince George's County, Maryland, and thus venue is proper.

2. That at all times hereinafter mentioned the Defendant was a Nevada corporation doing business in Prince George's County, Maryland.

3. That upon information and belief, Defendant, at all relevant times, owned and/or managed the property known as "MGM National Harbor Casino".

4. That upon information and belief, Defendant had a duty to properly maintain the property and ensure that all business invitees such as the Plaintiffs on the property were safe and secure.

5. That on or about April 14, 2018 at approximately 1:00 pm Plaintiff's arrived at Defendant's property to deliver flowers for a wedding that was to take place later that evening. That upon arrival on Defendant's property, Plaintiffs were setting up in the ballroom when a man wearing a black coat who appeared disoriented walked inside to the room where they were setting up and struck both Plaintiffs, causing serve personal injuries.

6. That prior to the assault on Plaintiffs, this same man had been identified by a third victim, An Le, as the man who reach over an escalator and struck him in the face.

7. That the assailant was on Defendant's property, inside the ballrooms, on the escalator, and presumably in other locations, appearing disoriented and violently attacking multiple guests, without Defendant taking any preventable precautions or actions.

8. That upon information and belief, Defendant's property has up to twenty screens that pick up the feed from some 2,300 cameras placed in the casino, as well as in other public areas around the property.Cameras are able to see (and record) in 360-degree clarity, whether it is of the lobby or of a blackjack dealer, chips or players and are able to zoom in clearly on faces, even if they are 100 feet or more from the camera.

9. That based on the security system in place on Defendant's property they would have had actual or constructive knowledge that this assailant on their property created a dangerous condition for their guests and business invitees.

10. The Defendants owed a duty of ordinary care to the Plaintiffs to maintain a safe and secure environment and negligently failed to do so and as a result this unknown assailant, who had previously assault another guest on the same property, violently attacked the Plaintiffs.

11. That as a result of Defendant's negligence, the Plaintiffs suffered severe and permanent injuries, incurred and continue to incur medical expenses, lost time and profits from their businesses and/or employments, and were otherwise damaged and injured.

12. The Plaintiffs were in no way contributory negligent and did not assume risk that they would be assaulted on Defendant's property.

**WHEREFORE**, the Plaintiff, Anthony Nguyen, hereby demands judgment against the Defendant, MGM National Harbor, LLC in excess of Seventy-Five Thousand Dollars plus costs and expenses of this action.

**WHEREFORE**, the Plaintiff, Chaya Nguyen, hereby demands judgment against the Defendant, MGM National Harbor, LLC in excess of Seventy-Five Thousand Dollars plus costs and expenses of this action.

Respectfully submitted,

_____
Adam B. Katzen, Esquire
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
(202) 261-3597
Counsel for Plaintiffs

**I HEREBY SWEAR AND AFFIRM THAT I AM A MEMBER IN GOOD STANDING OF THE MARYLAND BAR**

_____
**ADAM B. KATZEN, ESQUIRE**